UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

LECTRON LABS INC,             Check if previously referred: _____

V.             CA/CR No. __05-30130-MAP__

C.S. INDUSTRIES, LLC,

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __NEIMAN__ for the following proceedings:

(A)     Referred for full pretrial case management, including all dispositive motions.

        Referred for full pretrial case management, <u>not</u> including dispositive motions:

(B)     Referred for discovery purposes only.

(C)     Referred for Report and Recommendation on:

        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
        ( ) Post Conviction Proceedings[1]
        See Documents Numbered: _____

(D)     Case referred for events only. See Doc. No(s). __EX PARTE MOTION FOR ATTACHMENT__

(E)     Case referred for settlement.

(F)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(G)     Special Instructions: _____

__June 6, 2005__             By:    __/s/ Elizabeth A. French__
Date                                           Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1] See reverse side of order for instructions