UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LECTRON LABS

V.                                          CA NO: 05-30130-MAP

C.S. INDUSTRIES, LLC, ET AL

PROCEDURAL ORDER OF DISMISSAL

PONSOR, D.J.

In order to avoid the necessity for counsel to provide periodic status reports, it is hereby ORDERED that the above entitled action be and hereby is dismissed without prejudice to either party moving to restore it to the docket if any further action is required upon completion and termination of all bankruptcy or arbitration proceedings.

September 30, 2005

/s/Michael A. Ponsor
United States District Judge