UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. . 05-30130-MAP

LECTRON LABS, INC.                      )
                                        )
            Plaintiff                   )
                                        )        NOTICE OF DISMISSAL
                                        )
C.S. INDUSTRIES, LLC; DONALD            )
SNYDER; AND BETTINA SNYDER              )
                                        )
            Defendants                  )

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Lectron Labs. Inc., voluntarily dismisses

with prejudice this action including all claims, counter-claims, cross-claims, and third-party

claims that were or could have been asserted.

                                Plaintiff,
                                LECTRON LABS, INC.
                                By Its Attorneys,

                                Daniel J. Finnegan, BBO# 561347
                                Bulkley, Richardson & Gelinas
                                1500 Main Street, Suite 2700
                                Springfield, MA 01115
                                T: (413) 272-6236
Dated:  February 7, 2006        F: (413) 272-6805

#320943